David Abrams, Attorney at Law
P.O. Box 3353 Church Street Station
New York, New York 10008

United States District Court               **TO BE SUBMITTED UNDER SEAL**
District of Massachusetts
_____
                                           )
United States of America ex rel.           )
TZAC, Inc.,                                )
                                           )
Qui Tam Relator Address:                   )
                                           )
5 1/2 Main Street #6                       )
Delhi, NY 13753                            )
                                           )
                    Plaintiff-Relator,     )
                                           )
          - against -                      )    Index No.:
                                           )
Institute for Policy Studies               )    **COMPLAINT**
30 Germania St, Building L                 )
Jamaica Plain, MA 02130                    )
                                           )
                    Defendant.             )
_____)

Plaintiff-Relator, complaining of the Defendant by its attorney, David Abrams, Attorney at Law, respectfully sets forth and alleges as follows:

**I.    Nature of the Case**

1.     This is a false claims act claim.  The Qui Tam Plaintiff and Relator, TZAC, Inc. ("The Zionist Advocacy Center" or "Relator"), alleges that the Defendant obtained disaster relief by fraudulently representing the nature of its operations.

**[continued on next page]**

## II. Parties

2. Defendant Institute for Policy Studies ("Defendant" or "IPS") is a not-for-profit corporation which maintains offices in Washington, DC . On its web site, IPS describes its activities as follows:

> Our Mission: IPS is a progressive organization dedicated to building a more equitable, ecologically sustainable, and peaceful society. In partnership with dynamic social movements, we turn transformative policy ideas into action.
>
> As Washington's first progressive multi-issue think tank, the Institute for Policy Studies (IPS) has served as a policy and research resource for visionary social justice movements for over five decades — from the anti-war and civil rights movements in the 1960s to the peace and global justice movements of the last decade.

3. Relator TZAC, Inc. ("The Zionist Advocacy Center" or "Relator" or "Plaintiff") is a New York business corporation with a principle place of business in the State of New York, County of Delaware.

## III. Compliance With Requirements of Suit

4. This matter has been or will be filed under seal pursuant to 31 U.S.C. Section 3730(b); at or about the same time, a copy of the Complaint and Relator's disclosure of evidence were or will be served on the Department of Justice and the United States Attorney for this District.

5. Relator will not serve the Complaint or any other papers in this matter until and unless it becomes unsealed. Thus, if the Complaint is served on the Defendant, it means that the matter has been duly unsealed.

## IV. Jurisdiction and Venue

6. This Court has jurisdiction pursuant to 31 U.S.C. Section 3732(a) which provides that this type of action may be brought in any district where the Defendant resides or transacts business.

7. In this case, the Defendant maintains an office in Jamaica Plain, Massachusetts. To be clear, this office is not the basis of personal jurisdiction. Since the False Claims

Act is a national service-of-process statute, personal jurisdiction is based on the Defendant's contacts with the United States as a whole and not just Massachusetts. Massachusetts is simply the chosen venue.

**V.      The Fraudulent Scheme**

8.      The Defendant received Second Round PPP Disaster Relief as follows:

| Date | Amount | Loan Number | Forgiven |
|---|---|---|---|
| February 13, 2021 | $481,000 | 8218398404 | May 5, 2022 |

9.      In order to be eligible for this loan the Defendant had to certify, among other things, as follows:

> The Applicant is not a business concern or entity primarily engaged in political or lobbying activities, including any entity that is organized for research or for engaging in advocacy in areas such as public policy or political strategy or otherwise describes itself as a think tank in any public documents.

10.      At all times relevant to this matter the foregoing certification was completely false.  In reality, the Defendant's primary activity is research and advocacy in respect of public policy.  Indeed, the Defendant explicitly describes itself as a "think tank" on its web site.

11.      As a result of this fraudulent certification, Defendant received some $481,000 in funds of the United States.

**VI.      Cause of Action**

12.      The False Claims Act imposes liability on a person or entity who " knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim"  31 U.S.C. Section 3729(a)(1)(B)

13.      The Courts have held that this can include false statements regarding eligibility to participate in a program.  See *United States ex rel. Kirk v. Schindler Elevator Corp.,*  601 F.3d 94, 116 (2d Cir. 2010), rev'd on other grounds, 131 S.Ct. 1885 (2011) ("[C]laims

may be false even though the services are provided as claimed if, for example, the claimant is ineligible to participate in the program.")

14. Thus, the certification of IPS violated the False Claims Act because it was false and required for eligibility for Second Round PPP monies.

### VII. Relief Sought

15. On behalf of the government, Relator is seeking judgment for the triple damages and civil penalties set forth in 31 U.S.C. Section 3729.

16. IPS received some $481,000 in Second Round PPP Relief. These funds would have been received as a result of the fraudulent certification described above.

17. Accordingly, Relator seeks judgment in the amount of $1,443,000 against IPS and in favor of the United States, together with costs, interest, civil penalties, an appropriate qui tam award, and such other and further relief as the Court deems just.

Respectfully submitted,

_____

David Abrams, Attorney at Law
 Attorney for Relator
The Zionist Advocacy Center

P.O. Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: New York, NY
       August 16, 2022

4