UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TZAC, Inc., <br><br> Plaintiff, <br><br> v. <br><br> INSTITUTE FOR POLICY STUDIES <br><br> Defendant. | **FILED UNDER SEAL** <br><br> No. 22-cv-11313-ADB |

**UNITED STATES' NOTICE OF SETTLEMENT
AND MOTION TO UNSEAL SPECIFIC DOCUMENTS**

The parties have executed a settlement agreement. According to the terms of the settlement agreement the United States and the relator will file a Joint Stipulation of Dismissal upon payment from the defendant.

The United States respectfully requests that the Court unseal the relator's Complaint (Dkt. No. 1), and this Notice of Settlement. The United States requests that all other papers in this action filed before today shall remain sealed.

A proposed order unsealing specific documents accompanies this notice.

Date: June 22, 2023												Respectfully submitted,

													JOSHUA S. LEVY
													Acting United States Attorney

											By:		*/s/ Julien M. Mundele*
													JESSICA J. WEBER
													JULIEN M. MUNDELE
													Assistant United States Attorneys
													One Courthouse Way, Suite 9200
													Boston, MA 02210
													(617) 748-3100
													Jessica.J.Weber@usdoj.gov
													Julien.Mundele@usdoj.gov


### CERTIFICATE OF SERVICE

     I hereby certify that, on June 22, 2023, I caused the foregoing document to be served on the following counsel by e-mail.

*Counsel for the Relator*

David Abrams, Esq.
P.O. Box 3353
Church Street Station
New York, NY 10008
dnabrams@gmail.com


Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the defendants because this action is still under seal.

By:		/s/ *Julien M. Mundele*
		Julien M. Mundele