# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* TZAC, Inc.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INSTITUTE FOR POLICY STUDIES<br><br>　　　　　　Defendant. | **FILED UNDER SEAL**<br><br>No. 22-cv-11313-ADB |

## [PROPOSED] ORDER

Upon consideration of the United States' Notice of Settlement and Motion to Unseal Specific Documents, it is **ORDERED** that the following documents shall be unsealed:

- Relator's Complaint (Dkt. No. 1);

- The United States' Notice of Settlement and Motion to Unseal Specific Documents; and

- All pleadings filed thereafter;

**ORDERED** All other papers in this action filed before June 22, 2023, shall remain sealed; and

**ORDERED** that the clerk enter this Order on the public docket.

Dated: _____          _____
　　　　　　　　　　　　　　　　　　　HONORABLE ALLISON D. BURROUGHS
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE